# United States Court of Appeals
## For the Eighth Circuit
_____

No. 24-2199
_____

United States of America

*Plaintiff - Appellee*

v.

Dereone Williams

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: December 19, 2024
Filed: December 24, 2024
[Unpublished]
_____

Before SMITH, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Dereone Williams appeals the sentence imposed by the district court[1] after he pled guilty to a firearm offense, pursuant to a written plea agreement containing an

_____

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

appeal waiver. His counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the procedural reasonableness of the sentence.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (validity and applicability of an appeal waiver are reviewed de novo); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw, and dismiss this appeal.

_____